Harry Reiser, Respondent, *v.* Metropolitan Life Insurance
Company, Appellant.

Argued June 18, 1942; decided July 29, 1942.

*John A. Meyer* for appellant.

*Theodore B. Richter* and *Edward Weinfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.